IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD ALLEN                                                                                          PLAINTIFF

v.                                          No. 5:14–CV–392–BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 7th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE